# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**ALEX WILLIAMS BURGOS GUZMAN**   Case No.   **13-04965-MCF**

                                  Chapter 13     Attorney Name:   **JUAN O CALDERON LITHGOW***

| **I. Appearances** | | | **Date & Time:** 7/19/2013 11:50:00AM |
|---|---|---|---|
| **Debtor** | [X] Present | [ ] Absent | [X] R   [ ] NR   LV:   TBD (inh. not included) |
| **Joint Debtor** | [ ] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| **Attorney for Debtor** | [X] Present | [ ] Absent | **Creditors:** |
| [ ] Prose | | | none |
| [ ] Appearing: | | | |

**II. Oath Administered**
   [X] Yes       [ ] No

**III. Plan**

Date:  06/16/2013        Base:   $18,600.00   Payments 1 made out of 1 due.

**Confirmation Hearing Date:**   8/23/2013  1:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

   $3,600.00   -  $400.00   =  $3,200.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**ALEX WILLIAMS BURGOS GUZMAN**   Case No.   13-04965-MCF

Chapter 13   Attorney Name:   JUAN O CALDERON LITHGOW*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [X] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |   [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | |
| |   [ ] Federal - years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [X] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |   [ ] Premises |
| [ ] Evidence of income |   [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**ALEX WILLIAMS BURGOS GUZMAN**   Case No.   **13-04965-MCF**

Chapter 13   Attorney Name:   **JUAN O CALDERON LITHGOW***

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**Tax returns (09-12 no taxable income)**

**1-Amend voluntary petition to include all the names that debtor is know as.  Debtor's second name is William and it has been filed as Williams.**

**2-Debtor has DSO account.  DSO recipient is Lilian Santiago Atance.  (1 minor aged 12)  Debtor has to pay DSO thru ASUME.**

**Debtor to provide evidence of state court hearing held recently (aprox 1 month ago).  It appears that monthly DSO payment is 1000.00 (including arrears)  however it is not clear, since it cannot be gathered from debtors testimony.**

**When debtor provides evidence of state court hearing (minutes) Trustee to further review.**

**Furthermore, provide minutes of hearing that will take place next week (July 24 2013.)**

**In order to further clarify, provide State Court Order and/or ASUME Resolution of the amounts debtor has to pay for DSO>**

**3-Debtor to disclose at sch I income from PAN benefits ( provide evidence);  debtor states that he would inform PAN agency of his current employment status,  also provide evidence.**

**Debtor also to include on amended sch I, that household is 2, (debtor and common law spouse)  she receives PAN benefits 132.00.**

**4-Plan insufficiently funded to pay priority debt (ASUME).**

**5-As per ASUME certification dated 6-25-13 debtor owes in arrears $18,684.61 but debtor listed $13,900 in schedule "E". Plan is insufficiently to pay the amount as listed in schedule ($13,900).**

**Provide evidence of being current on DSO post-petition payments.**

**6-Amend sch B to include inheritance interest over real property located in Sabana Branch (Street 4 ) Parcel# 80, Vega Baja.  ( 4 heirs including debtor plus widow).  Debtor estimates that property might be worth 125,000.00.**

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ALEX WILLIAMS BURGOS GUZMAN              Case No.   13-04965-MCF

                            Chapter 13    Attorney Name:   JUAN O CALDERON LITHGOW*

**Provide photos and comparables.**

**Liquidation value is to be determined.**

**Trustee to review attorney fees. (3200.00)**

**The following party(ies) object(s) confirmation:**

s/Pedro R Medina                                     Date:   07/19/2013

**Trustee/Presiding Officer**                                                (Rev. 05/13)