IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ALEX WILLIAMS BURGOS GUZMAN

DEBTOR(S)

CASE NO. 13-04965-MCF

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **July 19, 2013**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: To be determined

3. With respect to the attached payment plan:

PLAN DATE: June 06, 2013          PLAN BASE: $18,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 8/22/2013

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**1.Amend voluntary petition to include all the names that debtor is know as. 2.Debtor provide evidence of State Court DSO hearing and also an state court or ASUME resolution of the amounts debtor has to pay for DSO. 3. Disclose in schedule "I" the income from NAP. Debtor states that he would inform NAP agency about his current employment status and also provide evidence. 4. Debtor also to include in amended schedule "I" that household size is 2. 5. Plan is insufficiently funded to pay priority debt. 6. Provide evidence of being current on DSO post-petition payments. 7. Amend schedule "B" to include inheritance interest over real property located in Sabana Branch, Vega Baja. Provide photos and comparables. 8. Trustee will review attorney fees of $3,200.00.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,600.00 /$400.00/$3,200.00

Atty:    JUAN O CALDERON

/s/ Pedro R Medina
Pedro R Medina

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - OB